MARCEL KOVARSKY, on Behalf of Himself and All Other Similarly Situated Consumers of Gas Supplied by the Brooklyn Union Gas Company, Appellant, v. THE BROOKLYN UNION GAS COMPANY, Respondent.— Order denying appellant's motion to determine the value of his attorney's professional services, for an extra allowance, to declare a lien therefor, etc., and granting defendant's cross-motion for judgment in the form proposed in the answer, and the judgment entered on such order, unanimously affirmed, with ten dollars costs and disbursements. On the question of extra allowance, see Matter of Baker (284 N. Y. 1, 10–12). Appeal from the order denying appellant's motion for reargument dismissed, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ. [170 Misc. 855.]

JOSEPH J. KOWITT, Individually and as Guardian ad Litem of SHEILA KOWITT, an Infant under the Age of 14 Years, Respondents, v. JOSEPH GOLDMAN and Others, Appellants; JOSEPH GOLDMAN, Respondent on Cross-Complaint.— In an action by the infant plaintiff and by her father to recover damages for personal injuries claimed to have been sustained by the infant plaintiff as the result of the alleged negligence of the defendants in failing properly to guard an opening made in the floor of plaintiffs' home, judgment in favor of the plaintiffs and against the defendants, and in favor of the defendant Goldman against the defendant Breckon, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.